IN THE UNITED STATES DISTICT COURT
FOR THE WESTEN DISTRICT OF PENNSYLVANIA

TRENTON ENERGY, LLC :
:
        Plaintiff :
:
v. :
MACK TRUCKS, INC.; : No.2:10-cv-00094-GLL
BENDIX COMMERICAL :
VEHICLE SYSTEMS, LLC; and :
PARKER-HANNIFIN CORPORATION :
:
        Defendants :

## STIPULATION OF DISMISSAL WITH PREJUDCE

The parties, by and through their respective counsel, hereby stipulate and agree the above-captioned matter be dismissed with prejudice.

**WILLIAM J. FERREN & ASSOCIATES**

By: _/s/ Michael J. Reilly_
   Michael J. Reilly, Esquire
   Attorney for Plaintiff

Date:

**HARVEY KRUSE**

By: _____
   J. Kenneth Wainright, Jr., Esquire
   Attorney for Defendant Bendix
   Commercial Vehicle Systems, LLC

Date:

**FISHER, LONG & RIGONE**

By: _/s/_
   Wesley T. Long, Esquire
   Attorney for Defendant
   Mack Truck, Inc.

Date 6-3-2010

**DeNARDIS, McCANDLESS & MILLER, P.C.**

By: _____
   William McCandless, Esquire
   Attorney for Defendant
   Parker-Hannifin Corporation

Date:

SO ORDERED, this 19th day of July, 2010.

_/s/ Gary L. Lancaster_, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge

1